FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 09 2008

JAMES W. McCORMACK, CLERK
By: /s/ Cathy McBryde
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   4:08CR019 WRW |
| | )   18 U.S.C. §2422(b) |
| IVAN FLORES | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about September, 2007, to in or about October, 2007, in the Eastern District of Arkansas and elsewhere, the defendant

### IVAN FLORES

using facilities and means of interstate commerce, knowingly attempted to and did persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

END OF TEXT SIGNATURE PAGE ATTACHED.